UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE PORTER,

        Plaintiff,

        Case No.: 18-50592

v.

        HONORABLE VICTORIA A. ROBERTS

LPL FINANCIAL, LLC, et al.,

        Defendants.
_____/

**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

On April 17, 2018, Christina Porter ("Porter") filed a Motion to Vacate an Arbitration Award. The Financial Industry Regulatory Authority arbitrated and denied Porter's claims against LPL Financial, LLC ("LPL"), Charles Cheng Zhang ("Zhang"), Lynn Ling Chen-Zhang, and Zhang Financial LLC. She alleges that Zhang made recommendations and/or transactions in her marital trust account that caused her losses.

The Court ordered Porter to show cause that the Court has subject matter jurisdiction over her motion, via federal question jurisdiction under 28 U.S.C. § 1331, or diversity jurisdiction under 28 U.S.C. § 1332. Porter timely complied with the order to show cause, but failed to establish the Court's jurisdiction.

Accordingly, Porter's motion is DISMISSED with prejudice for lack of subject matter jurisdiction.

**IT IS ORDERED**.

S/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: May 17, 2018